1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
5

6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
8      Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

OCT 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10
               UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
               SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,          )    Criminal No. CR 3 09 70784 BZ
15                                     )
          Plaintiff,                   )
16                                     )    **STIPULATION AND [PROPOSED]**
       v.                              )    **ORDER EXCLUDING TIME**
17                                     )
   TONY IM,                            )
18                                     )
          Defendant.                   )
19  _____)

20

21
       The above-captioned matter came before the Honorable Elizabeth D. LaPorte,
22
   United States Magistrate Judge, on October 7, 2009, for preliminary hearing or
23
   arraignment on an indictment.  The defendant was represented by David Bigeleisen, Esq.,
24
   and the government was represented by Jeffrey Finigan, Assistant United States Attorney.
25
   The case was set for October 27, 2009, at 9:30 a.m. for preliminary hearing or
26
   arraignment on an indictment.
27
       The Court made findings on the record on October 7, 2009, of good cause and
28

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70784 BZ

1  the defendant consented to extending the time within which he must be indicted pursuant

2  to Federal Rule of Criminal Procedure 5.1(d) and 18, United States Code, § 3161(b) and

3  (h)(7)(A) and (B)(iv).

4        The parties hereby agree to and request that the case be continued until October

5  27, 2009, and that the time limits of Rule 5.1(c) be extended until then so that the parties

6  may further review discovery and discuss potential resolution. The parties further agree and

7  stipulate that the additional time is appropriate and necessary under Title 18, United States Code,

8  § 3161(b) and (h)(7)(A) and (B)(iv), because the ends of justice served by this continuance

9  outweigh the best interest of the public and the defendant in filing an information or indictment

10  within the time set forth in 18 U.S.C. § 3161(b). This time exclusion will allow government and

11  defense counsel to effectively prepare, taking into account the exercise of due diligence, and will

12  provide for continuity of counsel for the defendant.

13

14  DATED: October 15, 2009

          /s

15            DAVID BIGELEISEN
          Counsel for Tony Im

16

17

18  DATED: October 15, 2009

          /s/

19            JEFFREY FINIGAN
          Assistant U.S. Attorney

20

21  So ordered.

22  DATED: Oct 16, 2009

23            ELIZABETH D. LAPORTE
          United States Magistrate Judge

24

25

26

27

28

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70784 BZ           2